JS-6

cc: order, docket and
transmittal letter to
LASC, Case No. BC534878

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANINE TANG AND BABAK SOBHANI,<br><br>         Plaintiffs,<br>     v.<br>NATIONAL RENT A CAR, DEREK MICHAEL HODGINS, AND DOES 1 TO 100 INCLUSIVE,<br><br>         Defendants. | CV 14-3598 RSWL (MANx)<br><br>**ORDER RE: ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION** |

On June 10, 2014, this Court Ordered Plaintiffs Janine Tang and Babak Sobhani ("Plaintiffs") to Show Cause why this case should not be remanded for lack of subject matter jurisdiction by June 17, 2014.  Dkt. #
///
///
///

1

10.  Plaintiffs have failed to do so.  As such, the Court hereby **REMANDS** this case to the Superior Court of California, Los Angeles County, Case No. BC534878.

**IT IS SO ORDERED.**

DATED: July 30, 2014

RONALD S.W. LEW
**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge

2